UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/2022
```

Jason Omar Rivera,

                Plaintiff,

        -against-

Rhymes et al.,

                Defendants.

**ORDER**

**21-CV-3090 (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The parties' submitted a status report on September 29, 2021 representing that they have settled this matter and would submit an executed Stipulation of Dismissal.  The parties never submitted the Stipulation of Dismissal.  It is ordered that this action will be dismissed without costs (including attorneys' fees) to either party on **March 25, 2022,** unless before that date one or more of the parties files a letter with the Court requesting that the action not be dismissed and stating the reasons why the Court should retain jurisdiction over this action in light of the parties' settlement. **To be clear, any request that the action not be dismissed must be filed on or before March 25, 2022; any request filed thereafter may be denied solely on that basis.**

**SO ORDERED.**

Dated: New York, New York
      February 24, 2022

*Katharine H Parker*

KATHARINE H. PARKER
United States Magistrate Judge